# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DUSTIN ANDERSON, FRANKLIN GONZALES, BOB WILEY, and DENNIS ASCHRAFT, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 18-3077-CV-S-BP |
| BASS PRO OUTDOOR WORLD, LLC, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

_____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_\_  **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER  Defendant's Motion to Dismiss, (Doc. 52), is **GRANTED.**  Counts I, II, III, and V are dismissed for failure to state a claim. Count IV is dismissed without prejudice for lack of standing.

Dated : 12/20/2018

/s/Paige Wymore-Wynn
Clerk of Court

/s/ K. McIlvain
Deputy Clerk